**Order entered May 22, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01503-CV

### HOSSEIN JAHANSHAHI, Appellant

### V.

### MASOOMEH JANGRAVI, Appellee

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-11-03913**

## ORDER

      Because appellant has failed to comply with our April 6, 2015 order directing him to file his amended brief no later than May 4, 2015, we **ORDER** appellant to file the brief no later than June 2, 2015 and caution him that failure to do so may result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1), 38.9(a), 42.3(b),(c).

                           /s/     CRAIG STODDART
                                 JUSTICE